Form: ICB-16001-02 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa   (IB-4082)
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

Order Filed on 3/28/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

    RANDALL F. ROTHSTEIN
    JAMIE J. ROTHSTEIN

Debtor(s)

Case No.: 06-14568

Judge: Gloria M Burns

## ORDER TO DISMISS DEBTOR(S)' CHAPTER 13 BANKRUPTCY CASE

The relief set forth on the following pages, numbered two (2) through 2 is hereby

**ORDERED**.

**DATED: 3/28/2011**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2 of 2
Debtor(s): RANDALL F. ROTHSTEIN and JAMIE J. ROTHSTEIN
Case No.: 06-14568 (GMB)
Caption of Order: **Order to Dismiss Debtor(s)' Chapter 13 Bankruptcy Case**

---

    **THIS MATTER** having been opened to the Court by Isabel C. Balboa, Chapter 13 Standing Trustee, on Motion/Certification to Dismiss Debtor(s)' Chapter 13 Bankruptcy Case and further certifying that the copies of the Motion and this Order were served upon Debtor(s) and his/her/their attorney, if any, and good cause appearing;

    **IT IS ORDERED** that this instant Chapter 13 case is hereby **Dismissed**.

*Approved by Judge Gloria M. Burns March 28, 2011*